UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : Civ. No. 1:21-cv-04731-LAP |
| v. | : |
| W.R. GRACE & CO., ROBERT F. CUMMINGS, JR., DIANE H. GULYAS, JULIE FASONE HOLDER, HUDSON LA FORCE, HENRY R. SLACK, CHRISTOPHER J. STEFFEN, MARK TOMKINS, and SHLOMO YANAI, | : |
| Defendants. | : |

---

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  September 7, 2021                    Respectfully submitted,

**MELWANI & CHAN LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
Tel: (212) 382-4620
Email:  gloria@melwanichan.com

*Attorneys for Plaintiff*